UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

**RURAL MUTUAL INSURANCE COMPANY,**
       **Plaintiff,**

v.                                                       Case No. 22-C-0865

**BEYOND BETTER FOODS, LLC, et al.,**
       **Defendants.**

---

## ORDER

In a prior order, I stated that if the defendants did not identify the members of Beyond Better Foods, LLC, and their citizenships by August 22, 2022, I would remand this case for lack of subject matter jurisdiction. The defendants did not provide this information by that deadline. Accordingly, **IT IS ORDERED** that the Clerk of Court **REMAND** this case to the Circuit Court for Ozaukee County, Wisconsin.

Dated at Milwaukee, Wisconsin, this 14th day of September, 2022.

                                               /s/Lynn Adelman
                                               LYNN ADELMAN
                                               District Judge